*Chambers of*
*Brian Sandoval*
*District Judge*

*Bruce R. Thompson*
*U.S. Courthouse and Federal Building*
*400 South Virginia St. Rm. 804*
*Reno, Nevada 89501*
*775-686-5670*

May 22, 2006

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, NE
Washington, DC 20544

Attn:  Cathie Jackson

**Via Facsimile and Regular Mail**
**(202) 502-1899**

FINANCIAL
DISCLOSURE OFFICE

2006 MAY 30 A 10: 46

RECEIVED

Dear Ms. Jackson:

Pursuant to your request, enclosed is the original, signed document that reflects changes to my 2005 Financial Disclosure Report. The changes demonstrate that this is an Annual Filing of my 2005 Financial Disclosure Report and that the reporting period is from January 1, 2005 to December 31, 2005.

Thank you for your assistance in this matter. If you have any questions, please advise me and I will provide such additional information as you may require.



Brian Sandoval

BES:cl
Enclosures

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT ANNUAL FILING |  |
|---|---|---|



**FINANCIAL DISCLOSURE REPORT**
**ANNUAL FILING**

Report Required by the Ethics in G... AMENDMENT *(5 U.S.C. app. §§ 101-111)*

SELF INITIATED AMENDMENT

| 1. Person Reporting (last name, first, middle initial) Sandoval, Brian E | 2. Court or Organization District Court-Nevada | 3. Date of Report 05/05/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge-Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 400 S. Virginia Street, 8th Fl Reno, NV 89501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/06/03 | Nevada Public Employees Retirement System/payable upon separation from service or retirement. |
| 2. | |
| 3. | |



FINANCIAL DISCLOSURE OFFICE

2006 MAY 30 · A 10: 46

RECEIVED

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Sandoval, Brian E | 2. Court or Organization<br><br>District Court-Nevada | 3. Date of Report<br><br>05/05/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☒ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>10/31/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>400 S. Virginia Street, 8th Fl<br>Reno, NV 89501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/06/03 | Nevada Public Employees Retirement System/payable upon separation from service or retirement. |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 11 A 8: 56 FINANCIAL DISCLOSURE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | The Children's Cabinet-Salary |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E | 05/05/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Visa | Credit Card | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smith Barney-FMA Plus | A | Interest | J | T | | | | | |
| 2. Smith Barney-Scholars Choice | A | Dividend | J | T | Opened | | | | |
| 3. Smith Barney-Regular | A | Interest | J | T | Opened | | | | |
| 4. Berkshire Hathaway, Inc. Class B | A | Dividend | J | T | | | | | |
| 5. Sierra Pacific Resources | A | Dividend | | | Sold | 10-11 | J | A | |
| 6. Nevada State Treasurer Prepaid Tuition Program | | None | K | W | | | | | |
| 7. Nevada Public Employees Retirement System | | None | | | Part redemp. | 11-19 | K | | See Note #1, Part VIII |
| 8. Hartford Variable Director VI-Individual Variable Annuity | A | Dividend | K | T | | | | | |
| 9. IRA #1 | | | | | | | | | |
| 10. Diamonds Trust Ser 1 Mutual Fund | A | Dividend | J | T | | | | | |
| 11. NASDAQ 100 Trust Ser 1 Mutual Fund | A | Dividend | J | T | | | | | |
| 12. IRA #2 | | | | | | | | | |
| 13. TIERS Series S&P 2003-10 Mutual Fund | A | Dividend | K | T | | | | | |
| 14. Alliance Bernstein FDS LargeCapGrowth FDClass B | A | Dividend | J | T | | | | | |
| 15. John Hancock Small Cap Growth FD Class A | A | Dividend | J | T | | | | | |
| 16. John Hancock Regional Bank Class B Mutual Fund | A | Dividend | J | T | | | | | |
| 17. IRA #3 | A | Dividend | J | T | | | | | See Note #2, Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. New Perspective Mutual Fund | A | Dividend | J | T | | | | | |
| 19. American Century SC Value Mutual Fund | A | Dividend | J | T | | | | | |
| 20. Hartford MidCap HLS Mutual Fund | A | Dividend | J | T | | | | | |
| 21. American Century Ultra Mutual Fund | A | Dividend | J | T | | | | | |
| 22. Oppenheimer Capital Appreciation Mutual Fund | A | Dividend | J | T | | | | | |
| 23. American Century Equity Income Mutual Fund | A | Dividend | J | T | | | | | |
| 24. IRA #4 | | | | | | | | | See Note #3, Part VIII |
| 25. RVS VP Large Cap Equity Fund | A | Dividend | J | T | | | | | |
| 26. AIM V.I. Core Equity Fund | A | Dividend | J | T | | | | | |
| 27. Putnam VT New Opportunity Fund | A | Dividend | J | T | | | | | |
| 28. IRA #5 | | | | | | | | | |
| 29. Ameriprise Trust Co. Mid Cap Growth Fund-B | A | Dividend | J | T | | | | | |
| 30. Ameriprise Trust Co. Large Cap Equity-B | A | Dividend | J | T | | | | | |
| 31. Ameriprise Trust Co. Growth Fund-B | A | Dividend | J | T | | | | | |
| 32. Ameriprise Trust Co. Global Equity Fund-B | A | Dividend | J | T | | | | | |
| 33. Ameriprise Trust Co. Strategy Aggressive B | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII, Line 7 reflects a disbursement from the Nevada Public Employees Retirement System ("PERS"). Employee contributions to the Nevada PERS program do not earn interest and disbursements to an eligible employee upon separation from state employment are paid on a dollar for dollar basis. Upon my separation from service from the State of Nevada on October 31, 2005, I elected a disbursement of the balance of my account. PERS issued me a partial disbursement check on November 11, 2005. This line item is listed as a "partial redemption" because PERS redeemed the balance of the account in 2006. The amount of the remaining redemption will be reported in the 2006 Financial Disclosure Report.

2. Part VII does not include a line item for "Hancock Small Cap 6th A" which was included in my Nomination Financial Disclosure Report dated March 4, 2005 at Part VII, Line 10. This fund was not performing well and the balance of the fund was distributed and the proceeds were reinvested in the "Tier Series S&P 2003-10" ref;ected at Part VII, Line 8 of this Report. This transaction occurred prior to October 31, 2005.

3. Part VII, Lines 24-33 are Items that were not included in my Nomination Disclosure Report dated March 4, 2005 and are investments in my spouse's IRA account.

| Name of Person Reporting | Date of Report |
|---|---|
| Sandoval, Brian E | 05/05/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date  5-5-06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544